No. 165.  LEADMAN v. GREYHOUND CORPORATION. Court of Appeals of Kentucky.  Certiorari denied. *Cleon K. Calvert* for petitioner.  *R. W. Keenon* for respondent.

No. 167.  SNOW ET UX. v. UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.  *Willis C. Moffatt* for petitioners.  *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Hilbert P. Zarky* and *Louise Foster* for respondents.

No. 168.  BURDICK v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.  *Robert M. Taylor* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Harold S. Larsen* for the United States.

No. 169.  TURNER ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  *C. R. Wharton* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Dickinson Thatcher* for the United States.

No. 171.  HURON MILLING Co. v. UNITED STATES. Court of Claims.  Certiorari denied.  *Jay O. Kramer* for petitioner.  *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Joseph F. Goetten* for the United States.

No. 172.  CAMPODONICO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *Maxwell M. Willens* for petitioner.  *Solicitor General Sobeloff, Assistant Attorney General Holland* and *James X. Kilbridge* for the United States.